**Order entered November 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00209-CV

### FLUOR INTERCONTINENTAL, INC, Appellant

### V.

### DAVID DAWSON, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15340**

## ORDER

We **GRANT** the parties' November 1, 2013 agreed motion for order requiring the court reporter to file the reporter's record and **ORDER** Vielica Dobbins, Official Court Reporter, to file the record no later than **November 15, 2013**. Because appellant requested the record December 20, 2012 and the reporter has failed to comply with our multiple directives to file the record, *arrangements for a substitute reporter must be made, if necessary, as no extensions will be granted absent exigent circumstances.* *See* TEX. R. APP. P. 35.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) Vielica Dobbins and (2) the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court.

/David Lewis/
DAVID LEWIS
JUSTICE